```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0090--CR (JWS)
                   "USA V TARA SHAE STUART"
                   DEF 1.1 STUART, TARA SHAE

      Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  09/21/05
              Closed:  NO
   No. of Defendants:  1
       MJ Case Number:
                 AKA:  TARA WALKER
     Location status:  U.S. Custody
          Trial date:  12/07/05
          Terminated:  NO
    Needs interpreter: NO
    Counsel of record: F. Richard Curtner
                       Federal Public Defender Agency
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3412
                       FAX 907-646-3480
                       Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Stephan A. Collins
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       FAX 907-271-1500
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial


   Counts re: DEF 1.1 STUART, TARA SHAE

   Document          Count      Citation and Description                    Disposition
   ─────────         ─────      ────────────────────────                    ───────────
      1 -   1 IND      1        18:751(a) ESCAPE (F)                        Pending
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A05-0090--CR (JWS)
                                "USA V TARA SHAE STUART"

                              For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 09/21/05
            Closed: NO
No. of Defendants: 1
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 | - 1 | 09/21/05 | [Re: DEF 1] PLF 1 Indictment. |
| 2 | - 1 | 09/22/05 | [Re: DEF 1] JDR Grand Jury Minutes re: no bail set; set for arr & notify USM, def in federal custody. |
| 3 | - 1 | 09/26/05 | [Re: DEF 1] PLF 1 motion for issuance of arrest warrant. |
| NOTE | - 1 | 09/27/05 | [Re: DEF 1] Issued WOA. |
| 4 | - 1 | 09/27/05 | [Re: DEF 1] JDR Order granting motion for issuance of arrest warrant (3-1). cc: USA, USM, USPO, def w/USM cy |
| NOTE | - 2 | 09/28/05 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 9/28/05. |
| 5 | - 1 | 09/29/05 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Arr on Indt (held 9/29/05); FPD appointed; case assigned to R. Curtner; def plead NG; AUSA advised he would be unavailable for trial 11/21/05 and 11/29/05 due to trials; Mr. Dieni unaware of Mr. Curtner's schedule; def detained pending trial; PTMs due 10/21/05.  cc:  USA, FPD, USM, USPO, USDJ Sedwick |
| 6 | - 1 | 09/29/05 | [Re: DEF 1] Financial Affidavit. |
| 7 | - 1 | 09/29/05 | [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 8 | - 1 | 09/29/05 | [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet & confer 10/5/05; PTM's due 10/21/05. cc: USA, FPD |
| 9 | - 1 | 09/30/05 | [Re: DEF 1] Return of WOA executed on 9/28/05. |
| NOTE | - 3 | 10/04/05 | Notation: Speedy Trial Memo to USDJ. |
| 10 | - 1 | 10/05/05 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 11 | - 1 | 10/12/05 | [Re: DEF 1] JWS Minute Order setting TBJ on 12/7/05 @ 9:00 a.m. & FPTC on 12/7/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC |