**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

FILED
DEC 0 1 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

<u>UNITED STATES OF AMERICA</u>   v.   <u>TARA SHAE STUART</u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO. <u>A05-0090 CR (JWS)</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 1, 2005

    The above-referenced matter had been set on for a jury trial to commence on December 7, 2005, before Judge Sedwick at Anchorage, Alaska. This matter is now RESCHEDULED for a proposed change of plea on Wednesday, December 7, 2005, at 8:30 a.m..

    The December 7, 2005, final pre-trial conference and trial by jury are VACATED.

A05-0090--CR (JWS)   12-1-05
------------------------------------
F. CURTNER (FPD)
S. COLLINS (US ATTY)
US MARSHAL

US PROBATION
JURY CLERK
MAGISTRATE JUDGE ROBERTS

[]{IK2.WPD*Rev.12/96}

13