she immediately started looking for a job at 3 job sites in the morning and afternoons each. When the results of the test were received I brought her into my office and talked with her.

I should interject that when I deal with anyone, not just prisoners; I am up front, direct and have no hidden agendas. I also make it known to people that I don't lie and I am extremely honest and that is what I expect of them. I told all of the residents on my caseload that I expected them to self report if they did anything wrong. I wanted to hear it from them first and not find out about it from a third party. Tara would do exactly that, as did most of my caseload.

When I brought her into my office to talk about the positive UA, I asked her, "Have you done anything wrong that would necessitate me to write an incident report?" She was quite taken aback with that question and she responded after obviously running things through her mind and said, "No." I repeated the question again and she did say that she had gone "out of bounds" one time to deposit a check and to get a money order to pay her subsistence to the facility. I assured her that was not what I was talking about. She again sat there looking extremely perplexed and she could not think of anything she could have done to earn a write up.

I let her think about it and really pushed her to think of something very serious she may have done and she eventually said the only thing she could possibly have done was to take some over the counter meds that helped her to stay awake. I am not sure of the exact name of the product at this time but I think it was called "Quick Mints". She assured me this was OTC and that she read the label and there was nothing in them to make cause for a positive UA as those are instructions I give all residents when they ingest any kind of medication not prescribed by a doctor.

I then told her she had tested positive on a UA and she was shocked. She adamantly stated that she had NOT used any illicit drugs. I urged her to really think about it and she did and nothing except the above mentioned item had been consumed.

I told her that she had in fact received test results that showed a positive test for methamphetamine usage. She was adamant that she had not used in any fashion an illicit drug. She looked at me and said, "What will happen to me now?"

I explained that she would have to go back to jail as we had a zero tolerance level to any drug/alcohol usage and she would have to go through the disciplinary process and she stood to lose all of her time earned from the RDAP program and possible loss of other good time and could be put back in the federal system to complete her sentence. She kept saying, "but I didn't use anything" and I told her I could only go by the test results.