We had a very long talk about all the possibilities that "could" happen. Then I made the error of telling her to go to her room and to pack her belongings and the Marshals would be there to pick her up soon. I state that I made an error and I did. Policy is that they are to remain downstairs in the library if they are aware of the results or you don't tell them and just call them down when the Marshals arrive. Since Tara was due to be going out on job search for the afternoon I told her she couldn't leave the building. She was then sent upstairs to pack.

Once there and after the other residents went out to their jobs she exited the building through a door located on the south side of the building and left. It is my opinion that she panicked and reacted poorly to the information I had given her about returning to prison.

Knowing Tara as I do, I orchestrated her apprehension by calling the Marshal Service and talked to them about Tara. I was deeply concerned for her safety, as she was not familiar with Anchorage and I wanted her apprehended a quickly as possible. Four days after she walked from the Center, the Marshals apprehended her when she went to Carrs to pick up her last pay check. I was certain that she would be there at noon on that Friday to get her check as they were distributed each Friday at noon.

The Marshals were there and as I was on the phone with them describing her and her clothes, when she approached the store. She was apprehended without incident and taken to Anchorage Jail. Tara is not a very sophisticated criminal.

It is my opinion that she is very young, not been exposed to life in a large city, primarily living in Wrangle and Ketchikan most of her life. She went from being a "kid" to being a wife and mother of twin daughters with no time to live on her own. She married young and had twins and was very overwhelmed with that major change in her life and she continued to cope by using illicit drugs. She is easily swayed from peer pressure, self doubt and virtually no self esteem. While incarcerated she did not receive any counseling as to dealing with self esteem, learning to make sound decisions about life and caring for two children.

Her husband does not work and has been taking care of the children since her incarceration.

Tara has some extremely mixed emotions about going back to that life and is unsure of how to handle her feelings for her husband let alone be a mother and positive role model to her 3 year old daughters. We were just beginning to work on those issues at the time of her walking away from the Center.

In all due respect, it is the opinion of this writer that she receive credit for her time served in prison as part of your decision, and hopefully return her to the half way house to continue with her counseling in aftercare. I further suggest that she receive a mandate for psychological counseling to help her with family issues, self esteem and feelings of worthlessness.

I have not had any contact with Tara since that day in my office, but again, knowing her as I do, I feel she has had her eyes opened and will be receptive to any assistance she can receive to make her a healthy, positive person so she can get on with her life. She has some serious decisions to make regarding her husband and children and she is not, at this time, ready to handle this without further help. Without this help, as suggested, I feel, she will flounder and not be ready to face these issues with success.

If I can be of further assistance, please contact me at 345-7471 or 441-4480.

Respectfully Submitted,


Melanie A. Edwards