"Dear Judge,

My name is Tara Stuart and I submit this letter to you on my behalf to hopefully give you a little insight to who I am, and my reason for being in your courtroom today.

I was released to the Cordova Center where I was placed upon completion of a jail sentence and the RDAP Drug program in Bryan Texas.

I found work within the 2 week time period allowed to be in compliance with the facility. My job placement at CARRS on Gamble was quite obviously not a good choice ~~the environment proved to be a dangerous place for an addict in recovery, working all nights and attending aftercare sessions during the whole day put a strain on my well being.~~ I soon found myself overwhelmed and exhausted, from lack of sleep. I tried to stay focused and was eager to achieve the goals that I set for myself. The setup became to much to handle and I was afraid of failing.

Please try and understand how desperate I was when a coworker offered me an over the counter Energy Enhancement pill.

Deep down I knew better then to take it, but being the trusting fool that I am