I couldn't see this coworker purposely setting me up as she was aware of my current situation, so I trusted her word and took the pill which indeed gave me a boost of energy I needed. I continued to struggle with my aftercare sessions my job at Carrs which had me working a graveyard shift 6 nights a week, as well as searching for another job as I knew that my job at Carrs on Gamble was not a safe place for me to be.

I was shocked and a little surprised when confronted on a dirty UA and shock turned to fear when I was told that I would be sent back to prison. I have to say that a little bit a doubt accompanied the pill and remained until I was confronted about the UA. I was then, and still am now dealing with disappointment, anger, and feelings of failure over the decision I made when I took that pill followed by my decision to run away from instead of face the problem concerning my UA. Decisions made without thought have caused months of pain and anguish that could have been avoided to not only myself but to my family that I have

once again let down because of this thoughtless act I committed to gain what I should already have had, and my weakness of running which has always been my way of dealing with lifes uncertaintys, And which is also one of the biggest issues that I am trying to work through in counceling.

I apologize to everybody that had faith in me, My twin daughters whose birthdays I will miss again, My husband who has his hands full, My Mom, Dad, little brothers, Recovery Councelors and the court.