DEBORAH M. SMITH
Acting United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:05-cr-0090 (JWS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | UNITED STATES SENTENCING |
| TARA S. STUART, ) | MEMORANDUM |
| ) | |
| Defendant. ) | |
| ) | |

**SUMMARY OF SENTENCING RECOMMENDATIONS**

**TERM OF IMPRISONMENT** . . . . . . . . . . . . . . . . . . . . . . . **4 MONTHS**

**TERM OF SUPERVISED RELEASE** . . . . . . . . . . . . . . . . . . . **3 YEARS**

**FINE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$0.00**

**SPECIAL ASSESSMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$100.00**

The United States Probation Office [USPO] has prepared the presentence report [PSR] in this case and the United States does not dispute the factual findings the USPO has made. The United States will rely upon the factual statements in the PSR in making its sentencing recommendations.

Following her plea of guilty, the defendant stands convicted of one count of escape, in violation of 18 U.S.C. § 751. The USPO has recommended the court find the defendant's total adjusted base offense level for the count of conviction to be 7 and that, with the defendant's criminal history category classification of III, the defendant's sentence range to be between four and 10 months of imprisonment.

The USPO has accurately assessed the information the United States developed as part of its investigation in this matter and has accurately set forth in the PSR the background information of the defendant's criminal activities throughout her adult life.

Unless the court finds the factors in 18 U.S.C. § 3553 warrant a more severe sentence, the United States recommends a sentence of 4 months of imprisonment to run consecutive to the undischarged term the defendant was serving at the time of her commission of the instant offense, which was imposed in case 3:03-cr-0171 (JKS), a special assessment of $100.00, and a term of 3 years supervised release. This sentence will adequately address not only the United States Sentencing

Commission Guideline concerns but also those contained in 18 U.S.C. § 3553, as well as provided sufficient deterrence to those who consider escape as a means to avoid the consequences of their criminal behavior.

    RESPECTFULLY SUBMITTED this 17th day of February, 2006, in Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ Stephan A. Collins
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: stephan.collins@usdoj.gov
        AK Bar No. 8911061

I declare under penalty of perjury that a true and correct copy of the foregoing was sent via electronic notice to:
Richard Curtner
550 W 7th Ave. Suite 1600
Anchorage, Alaska 99501

United States Probation Office

s/ Stephan A. Collins