Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>       vs.<br><br>TARA SHAE STUART,<br><br>                          Defendant. | Case No. 3:05-cr-0090-JWS<br><br>**NOTICE OF FILING<br>LETTER IN SUPPORT<br>AND PHOTOGRAPHS** |

Defendant, Tara Shae Stuart, by and through counsel Rich Curtner, Federal Defender, hereby files for the court's consideration a letter to the court on behalf of Ms. Stuart from Kim Netling, defendant's mother, as well as photographs of Ms. Stuart's twin daughters.

///

///

///

///

///

DATED at Anchorage, Alaska, this 22nd day of February, 2006.

Respectfully submitted,

Respectfully submitted,

s/ Rich Curtner
Federal Defender
Alaska Bar No. 8706013
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
rich_curtner@fd.org

Certification:

I certify that on February 22, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Stephan Collins, Esq.

and a copy was hand-delivered on:

United States Probation/Pretrial Services Office
222 West 7th Avenue, No. 48, Room 168
Anchorage, AK  99513-7562

s/ Rich Curtner