Kim Netling
4310 Marion Drive
Juneau, AK 99801
(907)463-3306

Rich Curtner – Federal Public Defender
550 W. 7th Avenue – Ste. 1600
Anchorage, AK 99501

February 17, 2006

Dear Rich,

I am writing as a follow up to our conversation in December. It is my understanding that Tara's sentencing date is coming up the end of this month. I hope that the judge will show some leniency in his/her decision on the escapement charges for Tara.

I have kept in constant contact with Tara throughout this entire incarceration and am certain that although it was wrong of her to have run away from the halfway house, there were some extenuating circumstances going on there. I was deeply concerned for Tara during that period. She was stressed at being in a very big city and getting accustomed to everything that entailed on top of her strenuous schedule. Tara has been raised in a very small community and is not used to being in dangerous situations that are part of a large city. Even the evening buses that she had to take to and from work seemed to have marginal safety at best.

It was extremely disappointing to go through setback with Tara after we had such high hopes during her stay in the Texas facility. She didn't seem to have any problems managing her schedule in a low security facility – even when she had to go to treatment/rehab on top of her work schedule. She was so positive and willing to put forth the effort that it was difficult to see her walk into the chaotic situation that seemed to exist in Anchorage. I don't want you to get me wrong, I am very thankful to have these facilities available for the reintroduction of incarcerated individuals into our communities. It just didn't seem to be a very good fit for Tara's situation.

As we discussed on the phone, I am hoping that we can work with the courts to get Tara some sort of release situation to my home in Juneau. I am convinced that we can do a much better job of acclimating her to the community than a half way house in a large city will ever do. Juneau is a small community with a very safe bus line and plenty of entry level positions available at most times of the year. I work for the State of AK, H&SS and have easy access to information on facilities available for Tara's treatment/rehab.. Although I am a single mother still raising Tara's two brothers and cannot afford to pay for expensive treatments, etc. – I can provider her with a safe, loving home in a good neighborhood. Our home is very close to the bus lines and has quite a bit of safe outdoor activities – hiking/biking trails, etc. It would be very easy for us to slip Tara into our schedule and help her get set up with work, treatment, etc. I can afford to provide her room and basic necessities (food, work clothes/monthly bus passes to start, etc.), but would need assistance with the medical/treatment expenses.

Let me know if there is anything that I can do to help with this sentencing process.

Sincerely,

*Kim Netling*

Kim Netling