

Michelle Stuart



Elizabeth Stuart



Michelle and Elizabeth Stuart