# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA* v. *TARA SHAE STUART*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cr-00090 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: February 24, 2006

The sentencing in this case presently set for 8:00 a.m. on February 24, 2006, is **CONTINUED** to **2:00 p.m.** on February 24, 2006.