

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:

**PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | STUART, Tara Shane |
| DATE OF BIRTH: | 10/31/1981 |
| CHARGE: | PROBATION VIOLATION |
| CASE NUMBER: | 3:05-CR-00090-JWS |
| PLACE HELD: | Lemon Creek Correctional Center |
| DATE OF ARREST: | 1/17/2007 |
| TIME OF ARREST: | 1930 hrs |
| PLACE ARRESTED: | Juneau, AK |
| ARRESTED BY: | DUSM John Olson |

REMARKS:

Request Court appearance in conjunction with hearing on ROSS this morning at 0930hrs.

BOOKED IN ENGLISH:  YES  X    NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.