RECEIVED
JAN 18 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

United States District Court
for the
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) Case Number: 3:05-CR-00090-JWS ) |
| vs. | ) ) WARRANT FOR ARREST ) |
| Tara Shae Stuart | ) ) ) |

TO:  The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Tara Shae Stuart and bring her forthwith to the nearest Magistrate Judge to answer a probation violation petition charging her with six violations of her term of probation.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

1-03-07
Date

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

Juneau, AK

| Date Received: 1/17/07 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 1/17/07 | John Olson, DUSM | FOR JOHN OLSON: |

Brad Quilken, DUSM