MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. TARA SHAE STUART          CASE NO. 3:05-cr-00090-JWS-JDR(PMP)
Defendant : X Present X In Custody

BEFORE THE HONORABLE     PHILIP M. PALLENBERG, MAGISTRATE JUDGE

DEPUTY CLERK/RECORDER:     SUSAN EVANS

UNITED STATES ATTORNEY:     AUDREY RENSCHEN*

DEFENDANTS ATTORNEY:     MICHAEL DIENI*
X Telephonic Appearance

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE PROBATION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:39 a.m. court convened.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Financial Affidavit **FILED.**

X Federal Public Defender; **APPOINTED**; FPD notified.

X Preliminary Hearing / Detention Hearing set for Wednesday, January 24, 2007 at 10:00 a.m. in Juneau.

X Evidentiary hearing, if any, will be before the Magistrate Judge, only upon consent.

X Order of Temporary Detention Pending Hearing Pursuant To Bail Reform Act; **FILED.**

X Defendant detained.

X OTHER: Counsel, Probation Officer and Witnesses may appear telephonic at the January 24, 2007 hearing in Juneau unless paperwork is filed with the court denying this request.

At 9:46 a.m. court adjourned.


DATE: 1-18-07   DEPUTY CLERK'S INITIALS: SE