MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. TARA SHAE STUART          CASE NO.   3:05-cr-00090-JWS-JDR(PMP)
Defendant : X Present X In Custody

BEFORE THE HONORABLE         PHILIP M. PALLENBERG, MAGISTRATE JUDGE

DEPUTY CLERK/RECORDER:       SUSAN EVANS

UNITED STATES ATTORNEY:      STEPHEN COLLINS*

DEFENDANTS ATTORNEY:         MICHAEL DIENI*

PROBATION OFFICER:           MARY FRANCIS BARNES*
 X Telephonic Appearance

PROCEEDINGS: PRELIMINARY / DETENTION HEARING ON PETITION TO REVOKE
             PROBATION
-----------------------------------------------------------------------

At 11:08 a.m. court convened.

X  Court and counsel heard re: Government's Oral Motion for Continuance of
   Preliminary/Detention Hearing; **GRANTED.**

X Order of Temporary Detention Pending Hearing Pursuant To Bail Reform Act; **FILED.**

X  Defendant detained.

X  OTHER: Continued Preliminary / Detention Hearing set for **Wednesday, February 7, 2007 at 1:30 p.m. in Juneau before Magistrate Judge Philip M. Pallenberg.**

At 11:14 a.m. court adjourned.

DATE:  1-24-07    DEPUTY CLERK'S INITIALS:  SE