MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. TARA SHAE STUART   CASE NO. 3:05-cr-00090-JWS-JDR (PMP)
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:   PHILIP M. PALLENBERG, MAGISTRATE JUDGE

DEPUTY CLERK/RECORDER:   SUSAN EVANS

UNITED STATES' ATTORNEY:   STEPHAN COLLINS*

DEFENDANT'S ATTORNEY:   MICHEAL DIENI*

U.S.P.O.:   MARY FRANCES BARNES*
*Telephonic Appearance

PROCEEDINGS:   PRELIMINARY / DETENTION HEARING ON PETITION TO REVOKE PROBATION   Held: February 7, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:35 p.m. court convened.

Court and counsel heard re: Defendant's Oral Motion to Continue Preliminary/Detention Hearing on Petition to Revoke Probation; **GRANTED**.

Defendant and counsel to appear telephonic. Defendant's counsel to make arrangements with Lemon Creek Correctional Center. Clerk to provide hearing confirmation paperwork if necessary.

Detention continued pending Continuation of Preliminary / Detention Hearing.

OTHER: Continuation of Preliminary/Detention Hearing on Petition to Revoke Probation is set for **FRIDAY, FEBRUARY 9, 2007 at 10:30 a.m. in Juneau before Magistrate Judge PHILIP M. PALLENBERG.**

At 1:42 p.m. court adjourned.

DATE: February 7, 2007    DEPUTY CLERK'S INITIALS: SE