IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO:   UNITED STATES MARSHAL

RE:   UNITED STATES OF AMERICA VS.   TARA SHAE STUART

CASE NO:   3:05-cr-00090-JWS-JDR (PMP)

---

Defendant   TARA SHAE STUART   ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

_____ Released to _____, the third party custodian(s)

_____ Paid cash bail in the amount of _____ to the Clerk of Court.

_____ Posted unsecured bond in the amount of _____

_____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court.

_____ Surrendered passport to the Clerk of Court.

  X    Other Released on Conditions.

Dated at Juneau, Alaska this 9th day of February, 2007.

*Redacted Signature*
PHILIP M. PALLENBERG
U.S. MAGISTRATE JUDGE

Faxed to:
~~Anchorage Deputy~~ U.S. Marshal

(Rev 2/07)