MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. TARA SHAE STUART* CASE NO. 3:05-cr-00090-JWS-JDR (PMP)
Defendant: X Present-Telephonic   X In Custody

BEFORE THE HONORABLE:    PHILIP M. PALLENBERG, MAGISTRATE JUDGE

DEPUTY CLERK/RECORDER:   SUSAN EVANS

UNITED STATES' ATTORNEY:  STEPHAN COLLINS*

DEFENDANT'S ATTORNEY:    MICHAEL DIENI*

U.S.P.O.:                MARY FRANCES BARNES*
*Telephonic Appearance

PROCEEDINGS: CONTINUED PRELIMINARY / DETENTION HEARING ON
             PETITION TO REVOKE PROBATION
Held: February 9, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:45 a.m. court convened.


Court and counsel heard re: Defendant's Oral Motion to release defendant with Conditions; **GRANTED**.

Defendant's counsel shall obtain defendant signature on Order Setting Conditions of Release and file with court.

Order Setting Conditions of Release; **FILED**.

Release Order; **SIGNED**.

OTHER: Evidentiary Hearing set for **TUESDAY, MAY 10,2007 at 10:30 a.m. in Juneau before Magistrate Judge PHILIP M. PALLENBERG.**


At 11:04 a.m. court adjourned.



DATE: February 9, 2007    DEPUTY CLERK'S INITIALS: SE