

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To:  US District Court
     US Attorney
     US Probation
     US FPD

From:  Randy M. Johnson
       United States Marshal
       District of Alaska

INRE:    **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | Tara Shae Stuart |
| DATE OF BIRTH: | |
| CHARGE: | Violation of Supervised Release |
| CASE NUMBER: | 3:05-cr-0090-JWS, 3:03-cr-171-16 JMF |
| PLACE HELD: | Lemon Creek Correctional Center- Juneau |
| DATE OF ARREST: | 03/09/2007 |
| TIME OF ARREST: | 16:13 |
| PLACE ARRESTED: | Juneau |
| ARRESTED BY: | Steve Larson and Kevin Ellsworth FBI / Mary Barnes USPO |

REMARKS: Please contact ASDUSM David Long at: (907) 271-5700

BOOKED IN ENGLISH:    YES _____    NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.