# United States District Court
### for the
# DISTRICT OF ALASKA

RECEIVED
MAR 13 200[?]
CLERK U.S. ...
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>)<br>Tara Shae Stuart ) | Case Number: 3:05-cr-00090 JWS<br>3:03-cr-171-16 JMF<br>**WARRANT FOR ARREST** |

TO: The United States Marshal
and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest Tara Shae Stuart and bring her forthwith to the nearest Magistrate Judge to answer a Supplemental supervised release violation petition charging her with three additional violations of her term of supervised release.

**REDACTED SIGNATURE**
John W. Sedwick
Chief U.S. District Court Judge

March 9, 2007
Date

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

JUNEAU, AK

| Date Received: 3/9/2007 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 3/9/2007 | FBI STEVE LARSON | For R. [signature] |