```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. TARA SHAE STUART   CASE NO. 3:05-cr-00090-JWS-JDR
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:    PHILIP M. PALLENBERG

DEPUTY CLERK/RECORDER:   BECKY HILDENBRAND

UNITED STATES' ATTORNEY:  STEPHAN COLLINS*

DEFENDANT'S ATTORNEY:    MICHAEL D. DIENI*

U.S.P.O.:                MARY FRANCES BARNES*
 * Telephonic Appearance

PROCEEDINGS:   INITIAL APPEARANCE RE SUPPLEMENTAL PETITION TO
               REVOKE PROBATION (DKT 48) HELD MARCH 13, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:36 p.m. court convened.

 X Defendant advised of charges and penalties.

 X Defendant **DENIED** allegations.

 X Preliminary Hearing set for **Thursday, March 22, 2007 at 11:00 a.m. in Juneau** before Magistrate Judge PHILIP M. PALLENBERG.

 X Defendant detained.

 X Order of Detention; **FILED.**

 X OTHER: Court and Counsel heard; Probation directed to file an amended supplemental petition. Court advised counsel that an Evidentiary Hearing will be set in Anchorage by further minute order from the chambers of Judge JOHN W. SEDWICK.


At 2:01 p.m. court adjourned.


DATE:    March 13, 2007    DEPUTY CLERK'S INITIALS:   BH