```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. TARA SHAE STUART   CASE NO. 3:05-cr-00090-JWS
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:       PHILIP M. PALLENBERG

DEPUTY CLERK/RECORDER:      BECKY HILDENBRAND

UNITED STATES' ATTORNEY:   STEPHAN COLLINS*

DEFENDANT'S ATTORNEY:       MICHAEL D. DIENI*

U.S.P.O.:                   MARY FRANCIS BARNES*

 *  Telephonic Appearances

PROCEEDINGS: PRELIMINARY HEARING ON PETITION TO REVOKE PROBATION
             (DKT 54) HELD MARCH 22, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:14 a.m. court convened.

Court and counsel heard regarding Magistrate Judge's authority to take an admission to the allegations in the Amended Petition at docket 54; Defendant consented verbally to the Magistrate Judge accepting the admissions to the Amended Petition.

Defendant advised of general rights.

Defendant admitted allegations 2, 5, 6 and 7.

Defendant's oral motion that Imposition of Sentence be held at Juneau and that the Imposition of Sentence in this matter to be held in conjunction with the Imposition of Sentence in 3:03-CR-00171-JKS; Oral Motion referred to the District Judge; Mr. Collins stated that he will be unavailable from April 20-27, 2007; U.S.P.O. requested two weeks prepare Presentence Report.

At 11:36 pm. Court adjourned

DATE:     March 22, 2007        DEPUTY CLERK'S INITIALS:    BH