## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    TARA SHAE STUART

THE HONORABLE JOHN W. SEDWICK    CASE NO.   3:05-cr-00090-JWS

Deputy Clerk

Robin M. Carter

APPEARANCES:   for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The oral motion being tracked at docket 56 to have the disposition hearing in this matter in Juneau, Alaska, and to combine it with the disposition hearing in Case No. 3:03-cr-00171-JKS is **GRANTED** as follows:  The court will conduct a combined disposition hearing in Juneau, Alaska on April 17, 2007, at 9:30 AM.

DATE:  April 4, 2007

ENTERED AT JUDGE'S DIRECTION
INITIALS:  rmc
Deputy Clerk

[FORMS*IA*]