Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TARA SHAE STUART,<br><br>                Defendant. | Case No. 3:05-cr-0090-JWS<br>Case No. 3:03-cr-0171-JKS<br><br>TARA STUART'S DISPOSITION MEMORANDUM |

       Defendant, Tara Shae Stuart, by and through counsel Michael Dieni, Assistant Federal Defender, and provides notice to the court that the parties, including probation, have agreed that Ms. Stuart should receive a total combined disposition (inclusive of 3:03-cr-0171) of eight months jail time.  Pursuant to the proposed stipulation, supervision will be revoked and terminated in both cases.

///

///

///

DATED this 16th day of April, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on April 16, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Stephan Collins, Esq.

/s/ Michael D. Dieni