```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs. TARA SHAE STUART            CASE NO. 3:05-cr-00090-JWS
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:          JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:         SUSAN EVANS

UNITED STATES' ATTORNEY:       STEPHAN COLLINS*

DEFENDANT'S ATTORNEY:          MICHAEL D. DIENI

U.S.P.O.:                      MARY FRANCES BARNES(USPO*)
* Telephonic Appearance

PROCEEDINGS: DISPOSITION HEARING ON PETITION TO REVOKE PROBATION
             Held: APRIL 17, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:02 a.m. court convened.

 X  Court stated findings/reasons pursuant to sentencing
    guidelines.

 X  Sentence imposed as stated in judgment.

 X  Defendant remanded to the custody of the U.S. Marshal.

 X  OTHER: Imprisoned Five (5) months to be served consecutively
    to the sentence in case number 3:03-cr-00171-16-JKS.


At 10:11 am. court adjourned.




DATE:        04/17/07              DEPUTY CLERK'S INITIALS:   SE
```