```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs. TARA SHAE STUART          CASE NO. 3:03-cr-00171-16-JKS
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:        JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:       SUSAN EVANS

UNITED STATES' ATTORNEY:     STEPHAN COLLINS*

DEFENDANT'S ATTORNEY:        MICHAEL D. DIENI

U.S.P.O.:                    MARY FRANCES BARNES*
* Telephonic Appearance

PROCEEDINGS:  DISPOSITION HEARING ON AMENDED SUPPLEMENTAL
              PETITION TO REVOKE SUPERVISED RELEASE
              Held: APRIL 17, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:02 a.m. court convened.


 X  Court stated findings/reasons pursuant to sentencing
    guidelines.

 X  Sentence imposed as stated in judgment.

 X  Defendant remanded to the custody of the U.S. Marshal.

 X  OTHER: Imprisoned Three (3)months to be served consecutively
    to the sentence in case number 3:05-cr-00090-JWS.



At 10:11 am. court adjourned.
```

DATE:	04/17/07	DEPUTY CLERK'S INITIALS:   SE