RECEIVED
APR 23 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,

v.

TARA SHAE STUART

2nd **AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation)
For Offenses Committed On or After
November 1, 1987
(Original Judgment filed 2-28-06)
(Amended Judgment filed 3-31-06)
**Case Number: 3:05-cr-00090-JWS**
Michael Dieni
Defendant's Attorney

Defendant's probation officer filed an Original and an Amended Petition for Warrant or Summons for Offender Under Probation accusing defendant of __9__ violations of the conditions of probation provided in the amended judgment. Defendant ADMITTED allegations 2,5,6 and 7 of the 3/20/2007 Amended Petition to Revoke Probation. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 2 | Standard | Supervision 6- Def failed to notify regarding employment terminations. | 10-30-06 11-02-06 12-11-06 | C |
| 5 | Standard | Supervision 6- Def left residence 12-13-06 as of 1-3-07 Whereabouts unknown. | 12-13-06 | C |
| 6 | Standard | Supervision 9- Def was passenger in vehicle driven by Romona A. Wigg (felon). | 10-25-06 | C |
| 7 | Standard | Supervision 10- Def failed to permit PO to visit 2895 Mendenhall Loop #68 #68, Juneau, AK. | 03-08-07 | C |

The court concludes that the conditions of supervision set forth in the court's amended judgment are subject to [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through __3__ of this 2nd Amended Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

April 17, 2007
Date

Redacted Signature

Signature of Judicial Officer
JOHN W. SEDWICK, US DISTRICT JUDGE
Name & Title of Judicial Officer

4-20-07
Date

AO245.REV

Defendant: TARA SHAE STUART                 2nd Amended Judgment--Page 2 of 3
Case No.:   3:05-cr-00090-JWS

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

### IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [_]  probation [X]  having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 5 months                     .
    Term of 5 months to be served consecutively to sentenced imposed in 3:03-cr-00171-16-JKS

[_]  The court makes the following recommendations to the Bureau of
     Prisons:


[X]  The defendant is remanded to the custody of the United States Marshal.
[_]  The defendant shall surrender to the United States Marshal for this
     district,
                              a.m.
     [_]  at _____ p.m. on _____.
~~[_]  The defendant shall surrender for service of sentence at the~~
     institution designated by the Bureau of Prisons,
          [_]  before 2 p.m. on _____.
          [_]  as notified by the United States Marshal.
          [_]  as notified by the probation office.

### RETURN

    I have executed this judgment as follows:

_____
_____
_____
_____

    Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.


                                      _____
                                      United States Marshal

                                      By _____
                                         Deputy Marshal

AO245.REV

Defendant: TARA SHAE STUART  2nd Amended Judgment--Page 3 of 3
Case No.: 3:05-cr-00090-JWS

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [_] probation [X] is modified as follows:

**NO TERM OF SUPERVISION TO FOLLOW**

The term of supervision is not [_] is [_] extended as follows:

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV